## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 13 B 15457 |
| FRANK DEJULIO and, | ) | |
| CONNIE DEJULIO, | ) | |
| | ) | Chapter 11 |
| Debtors | ) | |
| | ) | |
| | ) | Honorable Judge Donald R. Cassling |
| | ) | |

### NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on June 4, 2013 at 9:30 a.m., the undersigned will appear before the Honorable Judge Donald R. Cassling at the Everett McKinley Dirksen United States Courthouse, located at 219 S. Dearborn Street, Room 619, Chicago, Illinois and will then and there present the attached **MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. SECTION 506(A) AND 1123(b)(5) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 7239 WEST PALATINE, CHICAGO, ILLINOIS AND BANK OF AMERICA AND/OR U.S. BANK NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A. AS TRUSTEE FOR THE SECURITY HOLDERS OF THE GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET BACKED NOTES SERIES 2005-HE3'S  SECURED CLAIM (SECOND MORTGAGE LIEN) AS $0.00**, at which time you may appear if you so choose.

### Certificate of Service

I, Paul M. Bach, hereby certify that I caused a copy of this notice to be served, upon the above parties listed on the attached service list via the method stated on the attached service list and if via US Mail, Postage Prepaid all on May 20, 2013 before the hour of 5:00 p.m.

BY:    S/PAUL M. BACH, OF COUNSEL
SULAIMAN LAW GROUP, LTD.
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6209530

<u>Service List</u>

| | |
|---|---|
| **Frank DeJulio**<br>**Connie DeJulio**<br>937 N. Grace Avenue<br>Park Ridge, IL 60068 | **BY FIRST CLASS US MAIL** |
| **Patrick S Layng**<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | **BY ECF ELECTRONIC**<br>**DELIVERY** |
| **The Bank of New York Mellon et al**<br>C/O Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, Illinois 60527 | **BY ECF ELECTRONIC**<br>**DELIVERY** |
| **Bank of America, N.A.**<br>C/O Terri M. Long<br>2056 Ridge Road<br>Homewood, Illinois 60430 | **BY ECF ELECTRONIC**<br>**DELIVERY** |
| **Prober & Raphael, a Law Corporation**<br>P.O. Box 4365<br>Woodland Hills, CA 91365-4365 | **BY U.S. FIRST CLASS MAIL** |
| **Brian Moynihan, President**<br>Bank of America, N.A.<br>401 N. Tryon St.<br>Charlotte, NC 28255 | **BY CERTIFIED MAIL RETURN**<br>**RECEIPT REQUESTED** |
| **Richard K. Davis, Chairman, President and CEO**<br>U.S. Bank, N.A.<br>800 Nicollet Mall<br>Minneapolis, MN 55402-4302 | **BY CERTIFIED MAIL**<br>**RETURN RECEIPT**<br>**REQUESTED** |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

In Re:                                         )
                                               )    NO. 13 B 15457
FRANK DEJULIO and,                             )
CONNIE DEJULIO,                                )
                                               )    Chapter 11
               Debtors                         )
                                               )
                                               )    Honorable Judge Donald R. Cassling
                                               )

### MOTION OF THE DEBTOR PURSUANT TO 11 U.S.C. SECTION 506(A) AND 1123(b)(5) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 7239 WEST PALATINE, CHICAGO, ILLINOIS AND BANK OF AMERICA AND/OR U.S. BANK NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A. AS TRUSTEE FOR THE SECURITY HOLDERS OF THE GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET BACKED NOTES SERIES 2005-HE3'S  SECURED CLAIM (SECOND MORTGAGE LIEN) AS $0.00

NOW COMES the debtor, FRANK DEJULIO and CONNIE DEJULIO, by and

through their attorney, by Paul M. Bach of Sulaiman Law Group, Ltd. and, pursuant to 11

U.S.C. § 506(a) and (d), 11 USC 1123(b)(5) and Federal Bankruptcy Rule 3012, moves

this Honorable Court to determine that the fair market value of the real estate commonly

known as 7239 West Palatine, Chicago, Illinois and that the court determine that any

alleged lien of Bank of America, N.A. be determined to not be secured and in support

thereof state the following:

1.  This is a motion brought by the Debtor pursuant to 11 U.S.C. Section 506(a)

    & (d), 1123(b)(5) and Rule 3012 of the Federal Rules of Bankruptcy

    Procedure to determine the value of the real estate commonly known as 7239

West Palatine, Chicago Illinois and to determine the amount of the allowed

secured (none) of BANK OF AMERICA, N.A and/or U.S. BANK

NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF

AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A.

AS TRUSTEE FOR THE SECURITY HOLDERS OF THE GREENPOINT

MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET BACKED NOTES

SERIES 2005-HE3'S  SECURED CLAIM (SECOND MORTGAGE LIEN)

AS $0.00.


2. The debtor alleges that this is a core proceeding as that term is defined by

Section 157(b)(2) of Title 28 of the United States Code in that it concerns

claims and matters arising out of the administration of this bankruptcy case

and rights duly established under Title 11 of the United States Code and other

applicable federal law.

3. The debtor further alleges that this Court has both personal and subject matter

jurisdiction to hear this motion pursuant to Section 1334 of Title 28 of the

United States Code, Section 157(b)(2) of Title 28 of the United States Code.

4. The underlying Chapter 11 bankruptcy case was commenced by the filing of a

voluntary petition with the Clerk of this Court on April 12, 2013.

5. BANK OF AMERICA, N.A and/or U.S. BANK NATIONAL

ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA,

N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A. AS

TRUSTEE FOR THE SECURITY HOLDERS OF THE GREENPOINT

MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET BACKED NOTES

SERIES 2005-HE3 are, upon information and belief, entities engaged in the

business of lending in the State of Illinois.

6. Frank DeJulio and Connie DeJulio are the owners of real estate (hereinafter

called "the real estate") commonly known as 7239 West Palatine, Chicago,

Illinois and legally described as follows:

LOT 147 AND THE WEST 8 FEET 4 INCHES OF LOT 148 IN LOWRY'S

ADDITION TO NORWOOD PARK IN THE NORTHEAST 1/4 OF

SECTION 1, TOWNSHIP 40 NORTH, RANGE 12, EAST OF HTE THIRD

PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF

RECORDED JULY 15, 1892 IN BOOK 56 OF PLATS PAGE 19 AS

DOCUMENT 1700853, IN COOK COUNTY, ILLINOIS.

PIN: 12-01-210-020

7. The fair market value, at the time of filing of case number 13 B 15457, of the

real estate was $265,000.00.  See appraisal attached as an Exhibit.

8. The first mortgage lien is allegedly held by The Bank of New York Mellon

FKA the Bank of New York Successor Trustee to JPMorgan Chase Bank,

N.A. as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through

Certificates, Series 2005-5 and any successor or assignee as a result of a

mortgage recorded in the Cook County Recorder of Deeds Office as

Document 0502126101 in the original amount of $352,000.00 and assignment

of Mortgage recorded in the Cook County Recorder of Deeds Offices as

1301508225. The Bank of New York Mellon FKA the Bank of New York

Successor Trustee to JPMorgan Chase Bank, N.A. as Trustee for the Bear

Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-5 has

not filed a secured Proof of Claim to date.

9. The second mortgage lien is held by BANK OF AMERICA, N.A and/or U.S.

BANK NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO

BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE

BANK, N.A. AS TRUSTEE FOR THE SECURITY HOLDERS OF THE

GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET

BACKED NOTES SERIES 2005-HE3 as result of a mortgage recorded in the

Cook County Recorder of Deeds Office as Document 0502126102 and

Assignment of Mortgage recorded in the Cook County Recorder of Deeds

Office as 1235557221.

10. Under Sections 506(a), 506(d), and 1123(b)(5) BANK OF AMERICA, N.A

and/or U.S. BANK NATIONAL ASSOCIATION, AS SUCESSOR

TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE

TO LASALLE BANK, N.A. AS TRUSTEE FOR THE SECURITY

HOLDERS OF HTE GREENPOINT MORTGAGE FUNDING TRUST

2005-HE3, AN ASSET BACKED NOTES SERIES 2005-HE3(s)'s junior

mortgage would be an allowed secured claim to the extent of the value of the

estate's interest in the property securing the claim, and Defendant's lien is void to the extent it is not an allowed secured claim.

11. The amount owned on the first mortgage ($351,999.00) exceeds the value of the underlying property, $265,000.00.

12. Because the junior or second mortgage lien held by BANK OF AMERICA, N.A and/or U.S. BANK NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A. AS TRUSTEE FOR THE SECURITY HOLDERS OF THE GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET BACKED NOTES SERIES 2005-HE3 is wholly unsecured, it should not be allowed as a secured claim and the mortgage lien may be stripped off. In Re Mann, 249 B.R. 831, 840 (1st Cir BAP 2000); In Re Pond, 2001 U.S.App.Lexis 11287 (2nd Cir. 2001); In re McDonald, 205 F.2d 606 (3rd Cir 2000); Bartee vs. Tara Colony Homeowners Assoc, 212 F.3d 277 (5th Cir. 2000); In re Lam, 211 B.R. 36 (9th Cir BAP 1357); In Re Tanner, 217 F.3d 1357 (11th Cir).

WHEREFORE, FRANK DEJULIO and CONNIE DEJULIO, prays that this Honorable

Court enter a Judgment against BANK OF AMERICA, N.A and/or U.S. BANK

NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA,

N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A. AS TRUSTEE FOR

THE SECURITY HOLDERS OF THE GREENPOINT MORTGAGE FUNDING

TRUST 2005-HE3, AN ASSET BACKED NOTES SERIES 2005-HE3, and find that the

alleged second mortgage lien of BANK OF AMERICA, N.A and/or U.S. BANK

NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA,

N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A. AS TRUSTEE FOR

THE SECURITY HOLDERS OF THE GREENPOINT MORTGAGE FUNDING

TRUST 2005-HE3, AN ASSET BACKED NOTES SERIES 2005-HE3, is not secured,

avoid the BANK OF AMERICA, N.A and/or U.S. BANK NATIONAL ASSOCIATION,

AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR

TRUSTEE TO LASALLE BANK, N.A. AS TRUSTEE FOR THE SECURITY

HOLDERS OF THE GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN

ASSET BACKED NOTES SERIES 2005-HE3, junior (second) recorded mortgage in the

Cook County Recorder of Deeds Office as Document 0502126101 in the original amount

of $352,000.00 and assignment of Mortgage recorded in the Cook County Recorder of

Deeds Offices as 1301508225 and find that the junior mortgage of BANK OF

AMERICA, N.A and/or U.S. BANK NATIONAL ASSOCIATION, AS SUCESSOR

TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO

LASALLE BANK, N.A. AS TRUSTEE FOR THE SECURITY HOLDERS OF THE

GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET BACKED

NOTES SERIES 2005-HE3 is of no further legal effect and for any

further relief that this court deems just and proper.

Respectively Submitted,

FRANK DEJULIO and CONNIE DEJULIO

By: /s/ Paul M. Bach

Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181