UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>FRANK DEJULIO and CONNIE DEJULIO<br><br><br><br>Debtor(s) | BK No.: 13-15457<br><br>Chapter: 11<br>Honorable Donald R. Cassling |

**ORDER IN FAVOR OF FRANK DEJULIO AND CONNIE DEJULIO AND AGAINST 5. BANK OF AMERICA, N.A and/or U.S. BANK NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A. AS TRUSTEE FOR THE SECURITY HOLDERS OF HTE GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET BACKED NOTES SERIES 2005-HE3AS TO MOTION TO DETERMINE VALUE PURSUANT TO RULE 3012 AND AVOIDING JUNIOR MORTGAGE OF 5. BANK OF AMERICA, N.A and/or U.S. BANK NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A. AS TRUSTEE FOR THE SECURITY HOLDERS OF HTE GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET BACKED NOTES SERIES 2005-HE3**

THIS CAUSE coming on to be heard before the undersigned Bankruptcy Court Judge for the Northern District of Illinois, Eastern Division due proof of service of all parties entitled to notice the court being advised:

IT IS HEREBY ORDERED ADJUDGED AND DECREED AS FOLLOWS:

1. 5. BANK OF AMERICA, N.A and/or U.S. BANK NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N. A. AS TRUSTEE FOR THE SECURITY HOLDERS OF THE GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET BACKED NOTES SERIES 2005-HE3 has a second priority mortgage recorded as result of a mortgage recorded in the Cook County Recorder of Deeds Office as Document 0502126102 and Assignment of Mortgage recorded in the Cook County Recorder of Deeds Office as 1235557221 for the real estate (hereinafter called "the real estate") commonly known as 7239 West Palatine, Chicago, Illinois and legally described as follows:

LOT 147 AND THE WEST 8 FEET 4 INCHES OF LOT 148 IN LOWRY'S ADDITION TO NORWOOD PARK IN THE NORTHEAST 1/4 OF SECTION 1, TOWNSHIP 40 NORTH, RANGE 12, EAST OF HTE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JULY 15, 1892 IN BOOK 56 OF PLATS PAGE 19 AS DOCUMENT 1700853, IN COOK COUNTY, ILLINOIS.
PIN: 12-01-210-020

As result of this Judgment Order there is no security for the debt to BANK OF AMERICA, N.A and/ or U.S. BANK NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A. AS TRUSTEE FOR THE SECURITY HOLDERS OF THE GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN

ASSET BACKED NOTES SERIES 2005-HE3 for purposes of this Chapter 11 case as to the real estate. Upon entry of discharge the mortgage lien of 5. BANK OF AMERICA, N.A and/or U.S. BANK NATIONAL ASSOCIATION, AS SUCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A. AS TRUSTEE FOR THE SECURITY HOLDERS OF THE GREENPOINT MORTGAGE FUNDING TRUST 2005-HE3, AN ASSET BACKED NOTES SERIES 2005-HE3 is stripped off as a mortgage lien on the real estate described in this paragraph.

Enter:

*Donald R. Cassling*

United States Bankruptcy Judge

Dated: 7-16-13

**Prepared by:**
Mr. Paul M. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181