**BALLOT**
(Case of Frank DeJulio and Connie DeJulio 13 B 15457)

The undersigned, the holder of a claim against the Debtor under Class 4 in the claimed unpaid amount of $416,341.10 hereby

__✓__ ACCEPTS      OR      _____ REJECTS

the debtor's Plan of Reorganization.

Print or type creditor name: PNC Bank, N.A.

Signature: Joni Dillon

Title (if corporation or partnership) Attorney

Address: One N Dearborn, Ste 1300
Chicago 60608

PLEASE RETURN BOTH PAGES OF THIS DOCUMENT (on or before November 26, 2013) to:

Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604