IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 13 B 15457 |
| FRANK DEJULIO and, ) | |
| CONNIE DEJULIO, ) | |
| ) | Chapter 11 |
| Debtors ) | |
| ) | |
| ) | Honorable Judge Donald R. Cassling |
| ) | |

### ORDER CONFIRMING PLAN
### OF REORGANIZATION (DOCKET 53)

WHEREAS, A Disclosure Statement (Docket 54) under Chapter 11 of the Bankruptcy Code having been filed by the Debtor referring to a Plan of Reorganization (Docket 53) filed under Chapter 11 of the Code; and

WHEREAS, the Disclosure Statement (Docket 54) and the Plan of Reorganization (Docket 53) were transmitted to all creditors entitled to notice; and

WHEREAS, The Court having held a hearing on October 22, 2013 approving the Disclosure Statement and finding that the Disclosure Statement contained adequate information as required by the Bankruptcy Code;

It having been determined after hearing on December 3, 2013 that notice that the requirements for confirmation for the Plan of Reorganization set forth in 11 USC 1129 have been satisfied;

IT IS HEREBY ORDERED:

1. The Plan of Reorganization (Docket 53) is confirmed.

Date:   December 3, 2013

Enter:

_____
United States Bankruptcy Judge

Paul M. Bach
Penelope N. Bach
Sulaiman Law Group, Ltd.
900 Jorie Blvd. Suite 150
Oak Brook, Illinois 60523
(630) 575 8181
(630) 575 8188