**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>MARY LOU TAYLOR | Bankruptcy Case: 13 B 15457 |

**AGREED SUBSTITUTION OF ATTORNEY**

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Maria A. Georgopoulos formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY PETER C. BASTIANEN, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for lender **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5,** and Maria A. Georgopoulos formerly of Codilis & Associates, P.C. withdraws her appearance from the case and the parties agree as follows:

| COUNSEL SUBSTITUTING<br>AND APPEARING: | COUNSEL WITHDRAWING: |
|---|---|
| Peter C. Bastianen<br>Codilis & Associates, P.C.<br>15W030 N. Frontage Rd., #100<br>Burr Ridge, IL 60527 | Maria A. Georgopoulos<br>formerly of Codilis & Associates, P.C.<br>15W030 N. Frontage Rd., #100<br>Burr Ridge, IL 60527 |

AGREED TO BY BOTH PARTIES:

/s/ Peter C. Bastianen                    /s/ Maria A. Georgopoulos

Dated August 18, 2015

                                       Respectfully Submitted,
                                       /s/ Peter C. Bastianen
                                       Peter C. Bastianen, ARDC #6244346
                                       Codilis & Associates, P.C.
                                       15W030 N. Frontage Rd., #100
                                       Burr Ridge, Illinois 60527
                                       630-794-5300